

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2015

No. 04-15-00244-CV

**IN RE** Sandra **SANDOVAL**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Jason Pulliam, Justice

On April 23, 2015, relator filed a petition for writ of mandamus and a motion for emergency stay. The court has considered the emergency motion and relator's request for emergency stay is GRANTED. The trial court's order of April 20, 2015, is temporarily STAYED pending final resolution of the petition filed in this court only to the extent that it grants possession and access of the minor children to Dino Villarreal. The petition for writ of mandamus remains pending before the court.

It is so **ORDERED** on April 23, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-04420, styled *In the Interest of N.I.V.S. and M.C.V.S.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldana presiding.